# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| TIM GIBSON,<br><br>   Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC,<br><br>   Defendant. | Case No.: CV11-9100 FMO<br><br>**ORDER OF DISMISSAL** |

  Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed without prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 12/22/11

               /s/
              The Honorable Magistrate Judge
              Fernando M. Olguin